1   Tanya E. Moore, SBN 206683
    MOORE LAW FIRM, P.C.
2   300 South First Street, Suite 342
    San Jose, California  95113
3   Telephone (408) 298-2000
    Facsimile (408) 298-6046
4   Emails: tanya@moorelawfirm.com;
    service@moorelawfirm.com
5
    Attorney for Plaintiff,
6   Jose Trujillo

7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11
    JOSE TRUJILLO,                          )   No.  1:22-cv-00830-SKO
12                                          )
                    Plaintiff,              )   **STIPULATION FOR DISMISSAL OF**
13                                          )   **ENTIRE ACTION**
            vs.                             )
14                                          )
    TULARE VILLAGE, LLC; PHILLIP A.         )
15  MEHAN, individually and as Trustee of the  )
    COMMUNITY TRUST CREATED UNDER           )
16  THE PHILIP A. MEHAN AND IRIS M.         )
    MEHAN INTER VIVOS TRUST                 )
17  AGREEMENT dated September 9, 1985; IRIS )
    M. MEHAN, individually and as Trustee of )
18  the COMMUNITY TRUST CREATED             )
    UNDER THE PHILIP A. MEHAN AND IRIS )
19  M. MEHAN INTER VIVOS TRUST              )
    AGREEMENT dated September 9, 1985;      )
20  TONG KAI INC. dba GRAND STAR            )
    BUFFET; FULGENCIO RAMIREZ               )
21  CHILITOS MEXICAN RESTAURANT, INC. )
    dba CHILITO'S;                          )
22                                          )
                    Defendants.             )
23                                          )
                                            )
24                                          )
                                            )
25  _____ )

26

27

28

                STIPULATION FOR DISMISSAL OF ENTIRE ACTION

                            Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Trujillo and Defendants, Tulare Village, LLC; Phillip A. Mehan, individually and as Trustee of the Community Trust created under the Philip A. Mehan and Iris M. Mehan Inter Vivos Trust Agreement dated September 9, 1985; Iris M. Mehan, individually and as Trustee of the Community Trust created under the Philip A. Mehan and Iris M. Mehan Inter Vivos Trust Agreement dated September 9, 1985, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: January 17, 2023                    MOORE LAW FIRM, P.C.


                                           _/s/ Tanya E. Moore_____
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Jose Trujillo


Dated: January 17, 2023                    Law Offices of Michael J. Lampe


                                           _/s/ Michael P. Smith_____
                                           Michael P. Smith
                                           Attorneys for Defendants,
                                           Tulare Village, LLC; Phillip A. Mehan; and
                                           Iris M. Mehan, individually and as Trustee
                                           of the Community Trust created under the
                                           Philip A. Mehan and Iris M. Mehan Inter
                                           Vivos Trust Agreement dated September 9,
                                           1985

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                           _/s/ Tanya E. Moore_____
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Jose Trujillo

STIPULATION FOR DISMISSAL OF ENTIRE ACTION